**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

TRUE THE VOTE, INC.,

       Plaintiff,

  v.

ERYN K. WINTZ, IN HER OFFICIAL
CAPACITY AS MINERAL COUNTY
CLERK AND RECORDER

       Defendant.

**CORPORATE DISLCOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1**

    Plaintiff, by its attorneys, files this Corporate Disclosure Statement pursuant to Colorado Local Rule 7.4.

    Plaintiff has no parent company and no publicly held entity owns ten percent or more of its stock.

1

2

Dated: December 12, 2013                                Respectfully submitted,

/s/ Jessica K. Peck
Jessica K. Peck, Esq.
Colo. Reg. #41299
The Peck Law Firm, LLC
1616 Seventeenth Street
Suite 576
Denver, Colorado 80202
(720) 628-5756
Jessica@JPDenver.com

J. Christian Adams                                      H. Christopher Coates
ELECTION LAW CENTER, PLLC.                              Law Office of H. Christopher Coates
300 N. Washington Street, Ste. 405                      934 Compass Point
Alexandria, Virginia 22314                              Charleston, South Carolina 29412
(703) 963-8611                                          (843) 609-7080
adams@electionlawcenter.com                             curriecoates@gmail.com
*Application to District of Colorado to be filed*       *Application to District of Colorado to be filed*

                                                        Attorneys for Plaintiff

2