ATTACHMENT TO CIVIL COVER SHEET FOR TRUE THE VOTE, INC. V. ERYN K. WINTZ, IN HER OFFICIAL CAPACITY AS MINERAL COUNTY CLERK AND RECORDER

I. (c) Attorneys

Jessica K. Peck, Esq.
The Peck Law Firm, LLC
1616 Seventeenth Street, Suite 576
Denver, Colorado 80202
(720) 628-5756


J. Christian Adams
ELECTION LAW CENTER, PLLC.
300 N. Washington Street, Ste. 405
Alexandria, Virginia 22314
(703) 963-8611
*Pro Hac Vice application to be filed*


H. Christopher Coates
Law Office of H. Christopher Coates
934 Compass Point
Charleston, South Carolina 29412
(843) 609-7080
*Pro Hac Vice applications to be filed*