**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse
901 19th STREET, ROOM A1038
DENVER, COLORADO 80294

**WILEY Y. DANIEL**  TELEPHONE: (303) 335-2170
UNITED STATES SENIOR DISTRICT JUDGE  TELECOPIER: (303)335-2178

# M E M O R A N D U M

**TO:**   Jeffrey P. Colwell, Clerk
         Attn: Senior Judge Team

**FROM:** Judge Wiley Y. Daniel

**DATE:** December 13, 2013

**RE:**   Civil Action No. **13-cv-03368-WYD-CBS**
          **TRUE THE VOTE, INC. v. ERYN K. WINTZ, IN HER OFFICIAL CAPACITY AS MINERAL COUNTY CLERK AND RECORDER**

Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.