IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03368-PAB-CBS

TRUE THE VOTE, Inc.,

        *Plaintiff*,

v.

ERYN K. WINTZ, in her official
Capacity as MINERAL COUNTY CLERK
AND RECORDER
        *Defendant.*

---

## RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL

---

THE CLERK WILL PLEASE TAKE NOTICE:

COMES NOW the Plaintiff, True the Vote, Inc., pursuant to Rule 41(a)(1)(A)(i) and files this voluntary dismissal, without prejudice, and hereby dismisses the instant case. This plaintiff has <u>not</u> previously dismissed any state or federal court action based on or including the same claim against the defendant. Defendant has not filed an answer or motion for summary judgment.

                                                S/Jessica K. Peck
                                                Jessica K. Peck, Esq.
                                                Colo. Reg. #41299
                                                The Peck Law Firm, LLC
                                                1616 Seventeenth Street
                                                Suite 576
                                                Denver, Colorado 80202
                                                (720) 628-5756
                                                Jessica@JPDenver.com

J. Christian Adams                              H. Christopher Coates

1

| | |
|---|---|
| ELECTION LAW CENTER, PLLC. | Law Office of H. Christopher Coates |
| 300 N. Washington Street, Ste. 405 | 934 Compass Point |
| Alexandria, Virginia 22314 | Charleston, South Carolina 29412 |
| (703) 963-8611 | (843) 609-7080 |
| adams@electionlawcenter.com | curriecoates@gmail.com |
| *Pro Hac Vice application to be filed* | *Pro Hac Vice applications to be filed* |

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that counsel for the defendant was provided service of this pleading by this pleading being filed with the ECF system, and said counsel for defendant receiving an electronic copy thereafter on January 24, 2014.

　　S/Jessica K. Peck　　

2